UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:22 CR 32 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP D. WHITMAN, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is Defendant Phillip D. Whitman's Motion to Reduce Sentence ("Motion") (ECF No. 34). In 2022, the court sentenced Whitman to a 68-month term of imprisonment for bank robbery. (ECF No. 32.) Whitman now argues that USSG § 4A1.1(e), which amended the calculation of criminal-history points for defendants, entitles him to a reduced sentence. (Mot. at PageID #184–85.) However, as the Government points out, the court may not reduce a sentence where § 4A1.1(e) "does not have the effect of lowering the defendant's applicable guideline range." USSG § 1B1.10(a)(2)(B). Here, Whitman does not dispute that, even after applying § 4A1.1(e), his criminal-history category (V) and guideline range (57 to 71 months) remain unchanged. Whitman thus is not entitled to a reduced sentenced, and the court denies his Motion.

IT IS SO ORDERED.

*/S/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 26, 2024